FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

JUL 2 4 2023

BY
DEPUTY_____

DUSTY DRYWATER,

    Plaintiff,

vs.                                          Civ. Case# 1:23cv285

WARDEN DOBBS, Warden USP Beaumont,
FOOD SERVICE ADMINISTRATOR, Food Service Administrator of
USP Beaumont (name currently unknown),
and the UNITED STATES OF AMERICA,

    Defendants.

***JURY TRIAL DEMANDED***

---

## VERIFIED COMPLAINT FOR DAMAGES

---

### I. Introduction

1. This is a Bivens action filed by Plaintiff Dusty Drywater, a federal prisoner, alleging violation of his Eighth Amendment Constitional rights, seeking money damages.

2. Plaintiff also brings action by way of the Federal Tort Claims Act and seeks money damages.

### II. Jurisdiction

3. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331 in that this is a civil action arising under the Constitution of the United States.

4. Jurisdiction of this Court is further invoked pursuant to 28 U.S.C. §§1346(b), 2671-80 in that this is a suit against the federal government for torts committed by its employees.

- 1 -

### III. Parties

5.    Plaintiff Dusty Drywater at all times relevant was incarcerated by the Federal Bureau of Prisons ("FBOP") at United States Penitentiary Beamont.

6.    Defendant warden Dobbs at all relevant times was Warden at USP Beaumont.

7.    Defendant "Food Service Administrator"--name currently unknown--was at all relevant times the Food Service Administrator at USP Beaumont.

8.    Defendant "the United States of America" is named as the only proper defendant in an FTCA case.

### IV. Exhaustion

9.    Plaintiff has exhausted his administrative remedies as is necessary to pursue and give this court jurisdiction in the noted Bivens and TRCA actions.

### V. Factual Statement

10.    Plaintiff Dusty Drywater was hired to work in the kitchen at USP Beaumont, and it was on his very first day that he noted a hole in the floor (tiling broken made a big hole).

11.    The hole was in a high traffic area and seemed very dangerous and apt (certain) to eventually hurt someone.

12.    Several inmate co-workers said the hole had been there a long-time--months--and that any complaint would garner either indifference or a 'deal with it' attitude.

13.    After working in the kitchen for a few weeks, constantly having to traverse around the hole so as not to end up hurt, I happened to see (run into) the Food Service Administrator ("FSA").

- 2 -

14. I explained the situation to the FSA and he said he was aware of the hole in the floor and it would be fixed soon.

15. After a few weeks had passed without the floor being fixed, I again approaced the FSA, explaining again how dangerous it was--and how I had almost hurt myself a couple of times--and the FSA said, "Be patient, it will be fixed soon."

16. I was told by other inmates that the FSA and Warden were both aware of the hole in the floor and seemed indifferent (telling everyone the last few months that it would be fixed soon, yet no one had come to do so).

17. A few weeks after talking to the FSA for the second time, I then approached Warden Dobbs, saying: "Warden, there is a very dangerous hole in the floor of the kitchen; it has needed to be fixed for a very long time."

18. Warden Dobbs replied: "I'm aware of it, just as I'm aware of everything else during this pandemic. We will get to it when we get to it."

19. After a few weeks had passed--after my conversation with the warden--I once more approached, first the FSA, and then Warden Dobbs, both stating that, "It will be taken care of."

20. A few weeks then passed, at which time the hole had been in the floor for many weeks, and it was on June 10, 2021, in which I--though being as careful as possible--slipped and broke my leg at the tibia bone, causing extreme pain and injury.

21. Due to my injury, I was taken to Baptist Hospital where a metal rod was permentaly inserted into my leg.

22. Shortly after the incident, after returning to the prison (after surgery), I then approached one of my co-workers

and obtained an affidavit, see Exhibit "A" Affidavit of Rodney Parnell, one explaining the circumstances involving the hole in the floor, the negligence in repairing it, and the eventual injury to myself because of it.

23. Almost two-years to the date, I have experienced severe and ongoing pain in my leg, of which it seems I am to be permanently arthritic, and of which it seems my future earnings potential has been affected--in that I use to work construction, etc..., physical labor, and I am never going to be able to be as physical as I was.

## VI. Claims for Relief

### A. Deliberate Indifference/Callous Disregard

24. The deliberate indifference/callous disregard of defendant Warden Dobbs violated the Plaintiff's Eighth Amendment right to unreasonable risk of injury in living, working, or transportation conditions.

25. The deliberate indifference/callous disregard of defendant Food Service Administrator (currently unknown) violated the Plaintiff's Eighth Amendment right to unreasonable risk of injury in living, working, or transportation conditions.

26. As a result of Defendant Dobbs deliberate indifference/callous disregard, Plaintiff was seriously and permanently injured, forever to be sujected to pain and loss of future earnings.

- 4 -

27. The personal injuries cause by negligent acts or omissions of government employees, acting within the scope of their employment, are to be considered under circumstances where the United Sates, if a private person, would be liable; therefore, the United States' negligence is culpable under Texas law, in that the harm that Plaintiff has sustained was forseeable, and such is actionable under the FTCA.

28. As a result of Defendant United States' negligence, Plaintiff was seriously and permanently injured, forever to be subjected to pain and loss of future earnings.

## Relief Requested

WHEREFORE, Plaintiff requests that this Court grant the following relief:

A.  Declare that Defendant Dobbs and FSA violated Plaintiff's Eight Amendment rights when deliberately indifferent/callous--and in disregard--by placing the defendant in danger to unreasonable risk of injury in living, working, or transportation conditions.

B.  Declare that the United States violated the State of Texas tort law of negligence because the injuries in which the Defenant received were forseeable and were a result of that negligence.

C.  Award compensatory damages for plaintiff's physical injuries and loss of future earnings, and punitive damages against each defendant; and

D.  Award damages for physical pain and suffering Plaintiff experienced, and may continue to experience in the future, as a result of the injury.

Dusty Drywater
Reg. #07919-063
U.S.P. Lee
P.O. Box 305
Jonesville, VA  24263

## Declaration

I, Dusty Drywater, do hereby declare under penalty of perjury that I placed the foregoing in the internal mailing system here at USP Lee by handing it to staff on this 6th day of June, 2023, first-class postage pre-paid and affixed, pursuant to §1746.

Executed: 6/6/23

- 6 -

Exhibit "A"

Affidavit of Rodney Parnell

Exhibit "A"

To whom This may Concern Im Inmate Rodney PARnell # 02431-025, Im Writing this letter to The Incident That happen to Inmate Dusty Drywater # 07919-063 In food service on June 10 2021 Around lunch Time, which was 12:30 on That Day. Regular work call, Everybody Doing there Job. Well ful started The floor Tile That They put Down In the Cook area and the Pot And Pans That Tile or what Ever It Is. Its VERY Slippery lot of Inmates have fallen. And on this particular Day Inmate Dusty Drywater was coming from the pot And pan area going Around the Back side wall were they put up pans when They finish washing them, But on the way to That Back side wall area Its a Volcano Hole In the middle of the floor thats BEEn there Every Since we started working In the kitchen. And on That 10th Day of June Inmate Dusty Drywater slip And fell And End up Breaking his leg. And priority to That Day. The Day Before he fell. But not In that same spot, So Im writing this letter to let yall know I was looking At Him when he fell. I RAN over to were he was, And I told him. Get up And stop playing, But not knowing his leg was Broken. And I told him again. I said Drywater

let me help you up. And he war Just hollowing Real loud And thats when our kitchen supervisor Came out And told us to get Back And go up front In the Dinning Area. Then medical Came And got Him. And thats the Truth & whole truth so Help me God. And Thank You for Taking Time to Read This Statment

Repectfully

Rochay Parnell

Dusty Allen Drywater
Reg. #07919-063
U.S.P. Lee
Jonesville, VA .24263

July 6, 2023

Clerk
United States District Court
300 Willow Street, Suite 104
Beaumont, Texas   77701-2217

Re: June 7th Filing; letters to verify

Dear Clerk:

Having filed a civil/ftca action on June 6, 2023, I have attempted to verify that it has been docketed (because I have yet to receive any notice from this court). After having my people attempt to verify that the actions were docketed--and with no such luck--I further wrote the court a letter, Dated June 21, 2023; because I have been unable to verify that it is docketed I am therefore sending you a copy of exactly what I mailed (filed) on June 7, 2023. Because my suit is time sensitive, I pray that you take notice of the below declaration and as such, adjust the filing date accordingly.

I, Dusty Drywater, do hereby declare under penalty of perjury that I handed staff an envelope which contained two (2) motions and (1) affidavit:

   i) Verfied Complaint for Damages (Bivens/FTCA);
   ii) Request for Permission for In Forma Pauperis Status;
   iii) Affidavit;

and such filings were placed in the internal mailing system here at USP Lee by handing the envelope/filings to staff with prepaid postage affixed, pursuant to §1746.

Executed On: ___7\6\23___                   _____

I thank you for your assistance in this matter and I pray that you will send me a notice and/or up-to-date docket sheet reflecting that my filings have been received and docketed.

Sincerely,

Dustin Drywater #07919-063
United States Penitentiary Lee
PO Box 305
Jonesville, VA 24263



CLERK, U.S. DISTRICT COURT
RECEIVED

JUL 24 2023

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Clerk
U.S.D.C. East. Texas
300 Willow St., Suite 104
Beaumont, Texas  77701-2217

7770182217 C080