| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

DUSTY A. DRYWATER, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:23-CV-285
§
UNITED STATES OF AMERICA, §
§
    Defendant. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Dusty A. Drywater, proceeding *pro se* and *in forma pauperis*, filed this civil action pursuant to the Federal Tort Claims Act against the United States of America.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On August 14, 2025, the magistrate judge recommended granting Defendant's Motion to Dismiss. Proper notice was given to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#17) is

**ADOPTED**.  Defendant's Motion to Dismiss (#16) is **GRANTED**.  A final judgment will be entered in accordance with this order.

SIGNED at Beaumont, Texas, this 8th day of September, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE